429 A.2d 107

Colaizzi et ux., Appellants, v. Bollman et vir.

Argued November 15, 1979.   Ernest V. Vesely, for appellants;  James W. Dunn, Jr., for appellees.

Before CERCONE, P. J., and CAVANAUGH and LIPEZ, JJ.

Affirmed.

429 A.2d 107

Guaranty Savings and Loan v. Advent et ux., Appellants.

Submitted November 16, 1979.   Howard Singer, for appellants;  G. N. Evashavik, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order of the lower court affirmed.